NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5023

INDUSTRIAL DOOR CONTRACTORS, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Andrew R. McBride, Smith, Currie & Hancock LLP, of Atlanta, Georgia, argued for plaintiff-appellant.

Lauren S. Moore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from: United States Court of Federal Claims

Judge Lawrence M. Baskir

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5023

INDUSTRIAL DOOR CONTRACTORS, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the       United States Court of Federal Claims

In CASE NO(S).       01-CV-411.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, LINN and PROST, <u>Circuit</u> <u>Judges</u>).

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: August 7, 2008       /s/ Jan Horbaly
                            Jan Horbaly, Clerk